IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| VALERY VINAROV, ) | |
| ) | |
| Plaintiff, ) | Case No. 05 C 2063 |
| ) | Magistrate Judge Susan E. Cox |
| v. ) | |
| ) | |
| MOTOROLA, INC., ) | |
| ) | |
| Defendant. ) | |

## DEFENDANT'S MOTION FOR
## ENTRY OF JUDGMENT AS A MATTER OF LAW

Defendant Motorola, Inc., moves at the close of Plaintiff's case, pursuant to Federal Rule of Civil Procedure 50(a)(1), for the entry of judgment in their favor and against Plaintiffs on all claims asserted by Plaintiffs as a matter of law. In support of its motion Motorola states:

1.  Rule 50(a)(1) provides:

If a party has been fully heard on an issue during a jury trial and the court finds
that a reasonable jury would not have a legally sufficient evidentiary basis to find
for the party on that issue, the court may:

  (A) resolve the issue against the party; and

  (B) grant a motion for judgment as a matter of law against the
  party on a claim or defense that, under the controlling law, can be
  maintained or defeated only with a favorable finding on that issue.

2.  Plaintiff bears the burden of proof as to his claims against Motorola. But Plaintiff has rested his case without presenting a "legally sufficient evidentiary basis for a reasonable jury" to find in his favor on any of his claims.

3. Accordingly, and as set forth in greater detail in Defendants' supporting Memorandum of Law, this Court should enter judgment as a matter of law in favor of Motorola and against Plaintiff on all claims asserted by Plaintiff.

WHEREFORE, Motorola respectfully request that this Court enter judgment as a matter of law in its favor and against Plaintiff.

Respectfully submitted,

MOTOROLA, INC.

By: s/Noah A. Finkel
 One of Its Attorneys

**Dated: June 18, 2008**

Noah A. Finkel
Jessica E. Chmiel
Benjamin E. Gehrt
SEYFARTH SHAW LLP
131 S. Dearborn Street, Suite 2400
Chicago, Illinois 60603
(312) 460-5000

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that he caused a true and correct copy of the foregoing DEFENDANT'S MOTION FOR ENTRY OF JUDGMENT AS A MATTER OF LAW, to be served upon the following:

> Arthur S. Gold
> GOLD & COULSON
> 11 S. LaSalle Street
> Suite 2402
> Chicago, Illinois 60603

by hand delivery and via the Court's electronic filing system, on this Eighteenth day of June, 2008.

                                              /s/ Benjamin E. Gehrt
                                              Benjamin E. Gehrt